**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 19-33366 |
| | § | |
| KK SUB II LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Janet S. Northrup, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $576,221.86 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $190,736.85 | | |

3)      Total gross receipts of $782,295.99 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $15,337.28 (see **Exhibit 2**), yielded net receipts of $766,958.71 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,974.00 | $1,609,310.99 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $190,736.85 | $190,736.85 | $190,736.85 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $5,697.74 | $2,672.85 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $614,061.45 | $586,556.62 | $576,221.86 | $576,221.86 |
| **Total Disbursements** | $622,733.19 | $2,389,277.31 | $766,958.71 | $766,958.71 |

4).  This case was originally filed under chapter 0 on 06/17/2019. The case was converted to one under Chapter 7 on 10/22/2019. The case was pending for 0 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/06/2021                    By:   /s/ Janet S. Northrup
                                                      Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| DIP Bank Account- Texas Citizen Bank- amount as of 9/30/19-8959 | 1229-000 | $12,230.74 |
| Compromise with "Insiders" | 1241-000 | $770,000.00 |
| Interest | 1270-000 | $65.25 |
| **TOTAL GROSS RECEIPTS** | | $782,295.99 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Annie Aggarwal | Surplus Funds | 8200-002 | $15,337.28 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $15,337.28 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Harris County et al. | 4110-000 | $0.00 | $1,262.68 | $0.00 | $0.00 |
| 4 | Alief Independent School District | 4110-000 | $0.00 | $263.29 | $0.00 | $0.00 |
| 5 | City of Houston | 4110-000 | $0.00 | $116.46 | $0.00 | $0.00 |
| 13 | Capital One, N.A. | 4110-000 | $0.00 | $684,500.92 | $0.00 | $0.00 |
| 14 | Capital One, N.A. | 4110-000 | $0.00 | $516,483.78 | $0.00 | $0.00 |
| 15 | Capital One, N.A. | 4110-000 | $0.00 | $406,683.86 | $0.00 | $0.00 |
| | NYS Tax Department | 4110-000 | $2,974.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,974.00 | $1,609,310.99 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet S. Northrup, Trustee | 2100-000 | NA | $42,364.80 | $42,364.80 | $42,364.80 |
| Janet S. Northrup, Trustee | 2200-000 | NA | $312.93 | $312.93 | $312.93 |

| | | | | | |
|---|---|---|---|---|---|
| International Sureties, LTD. | 2300-000 | NA | $274.59 | $274.59 | $274.59 |
| Independent Bank | 2600-000 | NA | $5,961.00 | $5,961.00 | $5,961.00 |
| U.S. Trustee Payment Center | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Hughes Watters & Askanase, Attorney for Trustee | 3110-000 | NA | $68,782.00 | $68,782.00 | $68,782.00 |
| Hughes Watters & Askanase, Attorney for Trustee | 3120-000 | NA | $39.83 | $39.83 | $39.83 |
| KenWood & Associates, PC, Accountant for Trustee | 3410-000 | NA | $6,528.00 | $6,528.00 | $6,528.00 |
| Echelon Analytics, LLC, Special Accountant for Trustee | 3410-580 | NA | $18,025.00 | $18,025.00 | $18,025.00 |
| KenWood & Associates, PC, Accountant for Trustee | 3420-000 | NA | $92.25 | $92.25 | $92.25 |
| Hoover Slovacek, LLP, Attorney for Debtor | 3701-000 | NA | $47,706.45 | $47,706.45 | $47,706.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $190,736.85 | $190,736.85 | $190,736.85 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8a | Internal Revenue Service | 5800-000 | $0.00 | $2,672.85 | $0.00 | $0.00 |
| | Manish Goel | 5800-000 | $5,697.74 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $5,697.74 | $2,672.85 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NYS Tax Department | 7100-000 | $0.00 | $1,393.02 | $1,393.02 | $1,393.02 |
| 3 | Hodgson Russ LLP | 7100-000 | $0.00 | $10,334.76 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Sherilee Figueroa | 7100-000 | $0.00 | $573,453.84 | $573,453.84 | $573,453.84 |
| 7 | Justin S. White, Attorney at Law | 7100-000 | $0.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| 8b | Internal Revenue Service | 7100-000 | $0.00 | $200.00 | $200.00 | $200.00 |
| 9 | NYS Department of Taxation and Finance | 7100-000 | $1,385.00 | $50.00 | $50.00 | $50.00 |
| 10a | Capital One, NA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10b | Capital One, NA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11b | Capital One, NA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11a | Capital One, NA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12a | Capital One, NA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12b | Capital One, NA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Andrew P. Fleming | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Devesh Pathak, CPA | 7100-000 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| | Garry M. Graber | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Jennifer Hammel | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kashika Aggarwal | 7100-000 | $47,986.11 | $0.00 | $0.00 | $0.00 |
| | Sherilee Figueroa | 7100-000 | $560,690.34 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $614,061.45 | $586,556.62 | $576,221.86 | $576,221.86 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  1          Exhibit 8

| | |
|---|---|
| Case No.: | 19-33366-H5 |
| Case Name: | KK SUB II LLC |
| For the Period Ending: | 8/6/2021 |

| | |
|---|---|
| Trustee Name: | Janet S. Northrup |
| Date Filed (f) or Converted (c): | 10/22/2019 (c) |
| §341(a) Meeting Date: | 11/26/2019 |
| Claims Bar Date: | 02/14/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate. It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset since the value of the asset on the date of filing was $0.00. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 2 | WallisBank Business Checking Account 0322 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate. It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset since the value of the asset on the date of filing was $0.00. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 3 | FF&E (Two (2) leasehold improvements; Ford Van, Toyota RAV4, Furniture and equipment) | $1,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | 04/03/2020; #102; Notice of Intent to Abandon Property of the Estate | | | | | |
| 4 | Leasehold Improvements - book value of $27,405 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate. It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset as since the value of the asset was $0.00 on the date of conversion. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 5 | DIP Bank Account- Texas Citizen Bank- amount **(u)** as of 9/30/19- 8959 | $12,270.74 | $12,230.74 | | $12,230.74 | FA |
| 6 | Compromise with "Insiders" **(u)** | $0.00 | $770,000.00 | | $770,000.00 | FA |
| Asset Notes: | 09/22/2020; #117; Order Granting Application to Compromise Controversy | | | | | |
| INT | Interest **(u)** | Unknown | Unknown | | $65.25 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $13,270.74 | $782,230.74 | | $782,295.99 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 01/21/2021 | PENDING FINAL TAX RETURNS, ACCOUNTANT FEE APPLICATIONS AND THEN READY FOR TFR |
| 10/22/2020 | 30 days from filing HWA fee app |
| 01/23/2020 | CONTINUED INVESTIGATION OF POTENTIAL CHAPTER 5 CAUSES OF ACTION AND TURN OVER OF DIP FUNDS. |
| 11/11/2019 | To be reset to 12/12 at 11:30 am,  Notice to be sent out asap to all creditors.   J |
| 11/11/2019 | Reset 341 to December 12 at 11:00 am counsel to re-notice and provide all requested documents. |
| 11/11/2019 | Reset 341 to December 12 at 11:00 am counsel to re-notice and provide all requested documents. |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2          Exhibit 8

| | |
|---|---|
| **Case No.:** | 19-33366-H5 |
| **Case Name:** | KK SUB II LLC |
| **For the Period Ending:** | 8/6/2021 |

| | |
|---|---|
| **Trustee Name:** | Janet S. Northrup |
| **Date Filed (f) or Converted (c):** | 10/22/2019 (c) |
| **§341(a) Meeting Date:** | 11/26/2019 |
| **Claims Bar Date:** | 02/14/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

11/11/2019      Reset 341 to December 12 at 11:00 am counsel to re-notice and provide all requested documents.

11/11/2019      Reset 341 to December 12 at 11:00 am counsel to re-notice and provide all requested documents.

**Initial Projected Date Of Final Report (TFR):**      12/31/2020          **Current Projected Date Of Final Report (TFR):**      07/31/2021

/s/ JANET S. NORTHRUP
_____
JANET S. NORTHRUP

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 19-33366-H5 | |
| **Case Name:** | KK SUB II LLC | |
| **Primary Taxpayer ID #:** | **-***2234 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/17/2019 | |
| **For Period Ending:** | 8/6/2021 | |

| | |
|---|---|
| **Trustee Name:** | Janet S. Northrup |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******3366 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $115,993,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2020 | (5) | Texas Citizens Bank | Funds on deposit | 1229-000 | $12,230.74 | | $12,230.74 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $218.35 | $12,012.39 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,140.41 | $10,871.98 |
| 10/05/2020 | 1001 | International Sureties, LTD. | Bond payment | 2300-000 | | $274.59 | $10,597.39 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,134.93 | $9,462.46 |
| 11/12/2020 | | Transfer From: #*******3366 | | 9999-000 | $704,333.80 | | $713,796.26 |
| 11/23/2020 | 1002 | HUGHES, WATTERS & ASKANASE | 11/18/20; #126 | * | | $68,821.83 | $644,974.43 |
| | | | Hughes Watters & Askanase          $(68,782.00) | 3110-000 | | | $644,974.43 |
| | | | Hughes Watters & Askanase               $(39.83) | 3120-000 | | | $644,974.43 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $652.59 | $644,321.84 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $939.61 | $643,382.23 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $938.24 | $642,443.99 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $936.87 | $641,507.12 |
| 03/15/2021 | 1003 | KenWood & Associates, P.C. | 03/10/21; #130 | * | | $6,620.25 | $634,886.87 |
| | | | KenWood & Associates, PC          $(6,528.00) | 3410-000 | | | $634,886.87 |
| | | | KenWood & Associates, PC               $(92.25) | 3420-000 | | | $634,886.87 |
| 06/16/2021 | 1004 | Janet S. Northrup | Trustee Compensation | 2100-000 | | $42,364.80 | $592,522.07 |
| 06/16/2021 | 1005 | Janet S. Northrup | Trustee Expenses | 2200-000 | | $312.93 | $592,209.14 |
| 06/16/2021 | 1006 | KK SUB II LLC | Distribution on Claim #: ; Amount Allowed: 16,144.51; Claim #: ; Distribution Dividend: 95.00; | 8200-002 | | $15,337.28 | $576,871.86 |
| 06/16/2021 | 1007 | NYS Tax Department | Distribution on Claim #: 1; Amount Allowed: 1,393.02; Claim #: 1; Distribution Dividend: 100.00; | 7100-000 | | $1,393.02 | $575,478.84 |
| 06/16/2021 | 1008 | Sherilee Figueroa | Distribution on Claim #: 6; Amount Allowed: 573,453.84; Claim #: 6; Distribution Dividend: 100.00; | 7100-000 | | $573,453.84 | $2,025.00 |
| 06/16/2021 | 1009 | Justin S. White, Attorney at Law | Distribution on Claim #: 7; Amount Allowed: 1,125.00; Claim #: 7; Distribution Dividend: 100.00; | 7100-000 | | $1,125.00 | $900.00 |
| 06/16/2021 | 1010 | Internal Revenue Service | Distribution on Claim #: 8; Amount Allowed: 200.00; Claim #: 8; Distribution Dividend: 100.00; | 7100-000 | | $200.00 | $700.00 |

| | | | | | **SUBTOTALS** | $716,564.54 | $715,864.54 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 19-33366-H5 | |
| **Case Name:** | KK SUB II LLC | |
| **Primary Taxpayer ID #:** | **-***2234 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/17/2019 | |
| **For Period Ending:** | 8/6/2021 | |

| | | |
|---|---|---|
| **Trustee Name:** | Janet S. Northrup | |
| **Bank Name:** | Independent Bank | |
| **Checking Acct #:** | ******3366 | |
| **Account Title:** | Checking Account | |
| **Blanket bond (per case limit):** | $115,993,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/16/2021 | 1011 | NYS Department of Taxation and Finance | Distribution on Claim #: 9; Amount Allowed: 50.00; Claim #: 9; Distribution Dividend: 100.00; | 7100-000 | | $50.00 | $650.00 |
| 06/16/2021 | 1012 | U.S. Trustee Payment Center | Distribution on Claim #: 16; Amount Allowed: 650.00; Claim #: 16; Distribution Dividend: 100.00; | 2950-000 | | $650.00 | $0.00 |
| 06/28/2021 | 1006 | STOP PAYMENT: KK SUB II LLC | Distribution on Claim #: ; Amount Allowed: 16,144.51; Claim #: ; Distribution Dividend: 100.00; | 8200-004 | | ($15,337.28) | $15,337.28 |
| 06/28/2021 | 1013 | Annie Aggarwal | Distribution on Claim #: ; Amount Allowed: 16,144.51; Claim #: ; Distribution Dividend: 95.00; | 8200-002 | | $15,337.28 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **TOTALS:** | | $716,564.54 | $716,564.54 | $0.00 |
| | **Less: Bank transfers/CDs** | | $704,333.80 | $0.00 | |
| | **Subtotal** | | $12,230.74 | $716,564.54 | |
| | **Less: Payments to debtors** | | $0.00 | $15,337.28 | |
| | **Net** | | $12,230.74 | $701,227.26 | |

| For the period of  6/17/2019 to 8/6/2021 | | For the entire history of the account between 02/27/2020 to 8/6/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,230.74 | Total Compensable Receipts: | $12,230.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,230.74 | Total Comp/Non Comp Receipts: | $12,230.74 |
| Total Internal/Transfer Receipts: | $704,333.80 | Total Internal/Transfer Receipts: | $704,333.80 |
| | | | |
| Total Compensable Disbursements: | $685,889.98 | Total Compensable Disbursements: | $685,889.98 |
| Total Non-Compensable Disbursements: | $30,674.56 | Total Non-Compensable Disbursements: | $30,674.56 |
| Total Comp/Non Comp  Disbursements: | $716,564.54 | Total Comp/Non Comp  Disbursements: | $716,564.54 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 19-33366-H5 | |
| **Case Name:** | KK SUB II LLC | |
| **Primary Taxpayer ID #:** | **-***2234 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/17/2019 | |
| **For Period Ending:** | 8/6/2021 | |

| | |
|---|---|
| **Trustee Name:** | Janet S. Northrup |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******3366 |
| **Account Title:** | Segregated Account |
| **Blanket bond (per case limit):** | $115,993,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/28/2020 | (6) | KK Restaurants LLC | 09/22/2020; #117 | 1241-000 | $30,000.00 | | $30,000.00 |
| 08/28/2020 | (6) | Kashika Management LLC | 09/22/2020; #117 | 1241-000 | $169,621.50 | | $199,621.50 |
| 08/28/2020 | (6) | Keshuv Restaurants LLC | 09/22/2020; #117 | 1241-000 | $193,000.00 | | $392,621.50 |
| 08/28/2020 | (6) | Renu Aggerwal/ Kashika Aggarwal | 09/22/2020; #117 | 1241-000 | $377,378.50 | | $770,000.00 |
| 08/31/2020 | (INT) | Independent Bank | Interest | 1270-000 | $1.05 | | $770,001.05 |
| 09/30/2020 | (INT) | Independent Bank | Interest | 1270-000 | $31.64 | | $770,032.69 |
| 10/20/2020 | 2001 | Echelon Analytics, LLC | 10/20/20; #122 | 3410-580 | | $18,025.00 | $752,007.69 |
| 10/26/2020 | 2002 | Hoover Slovacek, LLP | 09/22/2020; #118 | 3701-000 | | $47,706.45 | $704,301.24 |
| 10/31/2020 | (INT) | Independent Bank | Interest | 1270-000 | $32.56 | | $704,333.80 |
| 11/12/2020 | | Transfer To: #*******3366 | | 9999-000 | | $704,333.80 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $770,065.25 | $770,065.25 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $704,333.80 | |
| **Subtotal** | $770,065.25 | $65,731.45 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $770,065.25 | $65,731.45 | |

| **For the period of  6/17/2019 to 8/6/2021** | | **For the entire history of the account between 08/25/2020 to 8/6/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $770,065.25 | Total Compensable Receipts: | $770,065.25 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $770,065.25 | Total Comp/Non Comp Receipts: | $770,065.25 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $65,731.45 | Total Compensable Disbursements: | $65,731.45 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $65,731.45 | Total Comp/Non Comp  Disbursements: | $65,731.45 |
| Total Internal/Transfer  Disbursements: | $704,333.80 | Total Internal/Transfer  Disbursements: | $704,333.80 |

Case 19-33366   Document 151   Filed in TXSB on 08/11/21   Page 11 of 11   Page No: 4   Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 19-33366-H5 | | Trustee Name: | Janet S. Northrup |
| Case Name: | KK SUB II LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2234 | | Checking Acct #: | ******3366 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Segregated Account |
| For Period Beginning: | 6/17/2019 | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 8/6/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $782,295.99 | $782,295.99 | $0.00 |

**For the period of 6/17/2019 to 8/6/2021**

| | |
|---|---|
| Total Compensable Receipts: | $782,295.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $782,295.99 |
| Total Internal/Transfer Receipts: | $704,333.80 |
| | |
| Total Compensable Disbursements: | $751,621.43 |
| Total Non-Compensable Disbursements: | $30,674.56 |
| Total Comp/Non Comp Disbursements: | $782,295.99 |
| Total Internal/Transfer Disbursements: | $704,333.80 |

**For the entire history of the case between 10/22/2019 to 8/6/2021**

| | |
|---|---|
| Total Compensable Receipts: | $782,295.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $782,295.99 |
| Total Internal/Transfer Receipts: | $704,333.80 |
| | |
| Total Compensable Disbursements: | $751,621.43 |
| Total Non-Compensable Disbursements: | $30,674.56 |
| Total Comp/Non Comp Disbursements: | $782,295.99 |
| Total Internal/Transfer Disbursements: | $704,333.80 |

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP